```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
            "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

      Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/04/04
            Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
      DEF Diversity: (1) Citizen of This State

     Nature of Suit: (360) Other personal injury

             Origin: (1) Original Proceeding
             Demand: 8876
         Filing fee: Paid $150.00 on 08/04/04 receipt # 00123712
           Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1          TRAVELERS CASUALTY & SURETY CO OF      Jan D. Sokol
                 AMERICA                                Stewart Sokol et al
                                                       2300 SW 1st Avenue, Suite 200
                                                       Portland, OR 97201-5047
                                                       503-221-0699
                                                       FAX 503-223-5706

                                                       Thomas Ardell Larkin
                                                       Stewart Sokol et al
                                                       2300 SW 1st Street, Suite 200
                                                       Portland, OR 97201-5047
                                                       503-221-0699
                                                       FAX 503-227-5028

DEF 1.1          GELBRICH, RONALD                      Ray R. Brown
                                                       Dillon & Findley
                                                       510 L Street, Suite 603
                                                       Anchorage, AK 99501
                                                       907-277-5400
                                                       FAX 907-277-9896

                                                       David Jurca


DEF 2.1     [T]  RENICH, JERALD                        James P. Wagner
                                                       Stafford Frey et al
                                                       601 Union Street
                                                       Suite 3100
                                                       Seattle, AK 98101-1374
                                                       206-623-9900
                                                       FAX 206-624-6885

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0165--CV (RRB)
"TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 3.1 | [T] | FINNEY, BRAD | No counsel found for this party! |
| DEF 4.1 | [T] | PAULSON, JAN | No counsel found for this party! |
| DEF 5.1 | [T] | HOUTS, MICHAEL | No counsel found for this party! |
| DEF 6.1 | [T] | JOHNSON, EDWIN | No counsel found for this party! |
| DEF 7.1 | [T] | PETERSON SULLIVAN PLLC | William A. Earnhart<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| 3PP 1.1 | | PAULSON, JAN | Henry Clay Keene<br>Keene & Currall<br>540 Water Street, Suite 302<br>Ketchikan, AK 99901<br>907-225-4131<br>FAX 907-225-0540 |
| 3DF 1.1 | | SOUTH COAST, INC. | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
"TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 08/04/04
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (1) Citizen of This State

Nature of Suit: (360) Other personal injury

Origin: (1) Original Proceeding
Demand: 8876
Filing fee: Paid $150.00 on 08/04/04 receipt # 00123712
Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/04/04 | Complaint filed; Summons issued. |
| 2 - 1 | 08/04/04 | PLF 1 Corporate Disclosure Statement Pursuant to FRCP 7.1. |
| 3 - 1 | 08/12/04 | PLF 1 Application re: non-resident attorney Jan D. Sokol. |
| 4 - 1 | 08/16/04 | DEF 4 Attorney Appearance of H. Keene. |
| 5 - 1 | 08/23/04 | RRB Order granting permission for no-resident counsel J. D. Sokol to appear and participate as counsel for plf. cc: cnsl |
| 6 - 1 | 08/23/04 | PLF 1 Return of Service Executed re: DEF 3 on 8/9/04. |
| 7 - 1 | 08/23/04 | PLF 1 Return of Service Executed re: DEF 4 on 8/9/04. |
| 8 - 1 | 08/23/04 | PLF 1 Return of Service Executed re: DEF 5 on 8/9/04. |
| 9 - 1 | 08/23/04 | PLF 1 Return of Service Executed re: DEF 6 on 8/9/04. |
| 10 - 1 | 08/24/04 | DEF 6 Answer to Complaint. |
| 10 - 2 | 08/24/04 | DEF 6 motion to dismiss. |
| 11 - 1 | 08/26/04 | RRB Minute Order re: the attached letter from E. Johnson will be treated as an answer to the complaint and a motion to dismiss. Plf to respond to the mot to dismiss pursuant to FRCP. cc: cnsl |
| 12 - 1 | 08/30/04 | PLF 1 Return of Service Executed re: DEF 7 on 8/16/04. |
| 13 - 1 | 09/03/04 | DEF 7 Attorney Appearance of William Earnhart (LANE). |
| 14 - 1 | 09/03/04 | DEF 7 Jury Demand. |
| 15 - 1 | 09/07/04 | PLF 1 motion to extend time until 10/1/04 to file a responsive pleading to defendant Johnson's answer and motion to dismiss. |
| 16 - 1 | 09/16/04 | PLF 1; DEF 5 Stipulation to extend time to respond to complaint (to 9/30/04). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                      "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"
```

|                              For all filing dates                               |

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 09/16/04 | PLF 1; DEF 3 Stipulation to extend time to respond to complaint (to 9/30/04). |
| 18 - 1 | 09/17/04 | RRB Order approving stip extend time to respond to cmplt (to 9/30/04) (16-1). cc: cnsl |
| 19 - 1 | 09/17/04 | RRB Order approving stip to extend time to respond to cmplt (to 9/30/04) (17-1). cc: cnsl |
| 20 - 1 | 09/17/04 | PLF 1; DEF 6 Stipulation for dismissal as to def Edwin Johnson without prejudice only. |
| 20 - 2 | 09/24/04 | RRB Order granting stipulation for dismissal as to def Edwin Johnson without prejudice (20-1). cc: cnsl |
| 21 - 1 | 09/27/04 | PLF 1 Return of Service Executed 9/11/04 on D2. |
| 22 - 1 | 09/28/04 | RRB Order granting motion to extend time until 10/1/04 to file a responsive pleading to defendants mot to dsm (15-1).  cc: cnsl |
| 23 - 1 | 09/28/04 | DEF 4 Answer to Complaint. |
| 24 - 1 | 10/04/04 | DEF 3 Attorney Appearance of William M. Wuestenfeld. |
| 25 - 1 | 10/04/04 | DEF 2 Attorney Appearance of James P. Wagner. |
| 26 - 1 | 10/14/04 | DEF 2 Answer to Complaint. |
| 27 - 1 | 10/14/04 | DEF 7 motion for more definite statement w/att exhs. |
| 28 - 1 | 10/22/04 | DEF 2 Answer (Amended). |
| 29 - 1 | 10/25/04 | DEF 5 Attorney Appearance of T. McKeever and M. Barcott (co-cnsl). |
| 30 - 1 | 10/25/04 | DEF 5 Answer to Complaint. |
| 31 - 1 | 10/25/04 | DEF 5 Jury Demand. |
| 32 - 1 | 10/26/04 | DEF 3 Answer to Complaint. |
| 33 - 1 | 10/27/04 | DEF 3 Jury Demand. |
| 34 - 1 | 10/28/04 | RRB Minute Order that plf is required to take action as to failure to serve (re: D1).  cc: cnsl |
| 35 - 1 | 10/29/04 | PLF 1 opposition to DEF 7 motion for more definite statement (27-1). |
| 36 - 1 | 11/04/04 | PLF 1 Return of Service Executed re:DEF 1 on 10/26/04. |
| 37 - 1 | 11/05/04 | DEF 7 reply to opposition to DEF 7 motion for more definite statement (27-1). |
| 38 - 1 | 11/08/04 | RRB Minute Order granting motion for more definite statement (27-1). cc: cnsl |
| 39 - 1 | 11/12/04 | DEF 1 Attorney Appearance of R. Brown (DILLON). |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                         "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

                                         For all filing dates


Document #    Filed      Docket text

   40 -   1   11/12/04   DEF 1 Jury Demand.

   41 -   1   11/15/04   DEF 4 Jury Demand.

   42 -   1   11/19/04   DEF 7 Answer to Complaint.

   43 -   1   12/09/04   DEF 1 Notice to crt re: delayed answer to complt w/att exh.

   44 -   1   12/14/04   DEF 1 Application re: non-resident attorney David Jurca to appear and
                         participate as co-counsel.

   45 -   1   12/15/04   DEF 1 Answer to Complaint.

   46 -   1   12/16/04   RRB Order granting application of David Jurica to appear and participate
                         as attorney in this action.  cc: cnsl

   47 -   1   12/17/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

   48 -   1   12/30/04   DEF 5 motion to for leave to file amended answer w/att memo & amended
                         answer.

   49 -   1   01/06/05   DEF 7 non-opposition to DEF 5 motion to for leave to file amended answer
                         w/att memo & amended answer (48-1).

   50 -   1   01/11/05   PLF 1 non-opposition to DEF 5 motion to for leave to file amended answer
                         (48-1).

   51 -   1   01/13/05   DEF 2 motion for leave to amend answer w/att memo, & second amended
                         answer.

   52 -   1   01/18/05   DEF 1 non-opposition to DEF 5 motion to for leave to file amended answer
                         (48-1).

   53 -   1   01/18/05   DEF 5 non-opposition to DEF 2 motion for leave to amend answer (51-1).

   54 -   1   01/18/05   PLF 1; DEF 1-7 Scheduling & Planning Conference Report.

   55 -   1   01/20/05   RRB Order granting motion for leave to amend answer (51-1).  cc: cnsl

   56 -   1   01/20/05   DEF 2 Answer (Second Amended).

   57 -   1   01/20/05   PLF 1 non-opposition to DEF 2 motion to for leave to file amended
                         answer.

   58 -   1   01/21/05   RRB Minute Order granting motion to for leave to file amended answer
                         w/att memo & amended answer (48-1). cc: cnsl

   59 -   1   01/21/05   DEF 5 Answer (Amended).

   60 -   1   01/21/05   DEF 2 motion for non-resident attorney Tobin Dale to appear and
                         participate on behalf of J. Renich.

   61 -   1   01/21/05   DEF 3 motion for leave to amend answer w/att memo & first amended
                         answer.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                       "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

                                      For all filing dates


Document #    Filed       Docket text

   62 -   1   01/24/05    RRB Order granting motion for non-resident attorney Tobin Dale to appear
                          and participate on behalf of J. Renich (60-1).  cc: cnsl

   63 -   1   01/24/05    RRB Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 12/15/05; Dispositive motions deadline 01/16/06; Estimate of
                          trial 20 days. cc: cnsl

   64 -   1   01/25/05    DEF 1 non-opposition to D2's mot for leave to amend answer.

   65 -   1   01/28/05    PLF 1 non-opposition to DEF 3 motion for leave to amend answer (61-1).
                          cc: cnsl

   66 -   1   01/28/05    DEF 2 Answer (Second Amended).

   67 -   1   01/31/05    RRB Minute Order granting motion for leave to amend answer (61-1).  cc:
                          cnsl

   68 -   1   01/31/05    DEF 3 Answer (First Amended).

   69 -   1   01/31/05    DEF 5 Answer (Amended).

   70 -   1   01/31/05    DEF 5 non-opposition to def Finney's motion for leave to amend answer.

   71 -   1   01/31/05    DEF 4 non-opposition to def Finney's motion for leave to amend answer.

   72 -   1   02/03/05    DEF 4 non-opposition to unspecified tracking items.

   73 -   1   02/03/05    DEF 4 non-opposition to unspecified tracking items.

   74 -   1   02/07/05    DEF 3 Answer (First Amended).

   75 -   1   02/17/05    DEF 3 motion for leave to file second amended answer w/att second
                          amended answer (not signed) & memo in support.

   76 -   1   02/28/05    PLF 1 non-opposition to DEF 3 motion for leave to file second amended
                          answer  (75-1).

   77 -   1   03/07/05    DEF 7 non-opposition to DEF 3 motion for leave to file second amended
                          answer w/att second amended answer (75-1).

   78 -   1   03/11/05    RRB Minute Order granting motion for leave to file second amended
                          answer.  cc: cnsl

   79 -   1   03/15/05    DEF 3 Answer (Second Amended).

   80 -   1   03/16/05    PLF 1 Stipulation for dismissal with prejudice as to defendant Ronald
                          Gelbrich only.  Each party shall bear their own cost and attorney fees.

   80 -   2   03/17/05    RRB Order granting stipulation for dismissal with prejudice as to
                          defendant Ronald Gelbrich (80-1).  Each party to bear their own costs
                          and fees.  cc: cnsl

   81 -   1   04/27/05    DEF 4 motion for leave to file amended answer w/att memo & unsigned
                          amended answer.

   82 -   1   04/28/05    DEF 3 non-opposition to DEF 4 motion for leave to file amended answer
                          (81-1).

ACRS: R_VDSDX              As of 12/01/05 at 3:18 PM by GARRY                    Page 4
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                            "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"
```

|                          For all filing dates                          |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 83 - 1     | 05/02/05 | PLF 1 non-opposition to DEF 4 motion for leave to file amended answer w/att memo & amended answer (81-1) (coming from Ketchikan 4/28/05) |
| 84 - 1     | 05/05/05 | RRB Order granting motion for leave to file amended answer (81-1).  cc: cnsl |
| 85 - 1     | 05/13/05 | DEF 4 Answer (First Amended). |
| 86 - 1     | 05/18/05 | DEF 4 motion for leave to file third-party complaint against South Coast, Inc. w/att memo & third-party complaint. |
| 87 - 1     | 06/09/05 | RRB Order granting DEF 4's mot for leave to file 1st amended ans. |
| 88 - 1     | 06/09/05 | 3PP 1 Complaint (Third-party) against South Coast, Inc. |
| 89 - 1     | 06/15/05 | DEF 7 motion for summary judgment w/att exhs. |
| 90 - 1     | 06/15/05 | DEF 7 motion to compel w/att exhs. |
| 91 - 1     | 07/05/05 | PLF 1 motion for enlargement of time until 7/8/05 to oppose motion for summary judgment & motion to compel. |
| 92 - 1     | 07/06/05 | RRB Order granting motion for enlargement of time until 7/8/05 to oppose motion for summary judgment & mot to compel (91-1). cc: cnsl |
| 93 - 1     | 07/06/05 | DEF 7 non-oppo to PLF 1 mot for enlargement of time until 7/8/05 to oppose mot for sj & mot to compel (91-1). |
| 94 - 1     | 07/08/05 | DEF 7 motion for Rule 11 sanctions w/att exhs. |
| 95 - 1     | 07/08/05 | PLF 1 opposition to DEF 7 motion for summary judgment (89-1) w/att exhs. |
| 96 - 1     | 07/08/05 | PLF 1 opposition to DEF 7 motion to compel (90-1) w/att exhs. |
| 97 - 1     | 07/08/05 | PLF 1 Request for Oral Argument re: DEF 7 motion for summary judgment (89-1), DEF 7 motion to compel (90-1). |
| 98 - 1     | 07/11/05 | PLF 1 Affidavit of Brent Heilesen in support of Travelers' opposition to DEF 7 motion for summary judgment (89-1). |
| 99 - 1     | 07/11/05 | DEF 7 Notice of filing defendant Peterson Sullivan, PLLC's motion for rule 11 sanction.  Motion served by US Mail on all parties 6/14/05 and filed with the Court 7/8/05. |
| 100 - 1    | 07/12/05 | DEF 4 motion (request) to file and serve by facsmile transmission. |
| 101 - 1    | 07/13/05 | RRB Order granting motion for leave to file third-party complaint against South Coast, Inc. (86-1).  cc: cnsl |
| 102 - 1    | 07/14/05 | DEF 7 reply to opposition to DEF 7 motion for summary judgment (89-1). |
| 103 - 1    | 07/15/05 | DEF 7 Unopposed motion for extension of time until 7/20/05 to file reply to Travelers' opposition to defendant's motion to compel. |
| 103 - 2    | 07/18/05 | RRB Order granting unopposed motion for extension of time to file reply to Travelers' oppo to def's motion to compel (103-1). |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                       "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

                                   For all filing dates


 Document #   Filed      Docket text

   104 -  1   07/18/05   DEF 5 non-opposition to DEF 4 motion (request) to file and serve by
                         facsmile transmission (100-1).

   105 -  1   07/19/05   DEF 7 Unopposed motion for ext of time to file reply to pltf's oppo to
                         motion to compel.

   105 -  2   07/21/05   RRB Order granting unopposed motion for ext of time until 7/22/05 to
                         file reply to pltf's oppo to motion to compel (105-1). cc: cnsl

   106 -  1   07/22/05   DEF 7 reply to opposition to DEF 7 motion to compel (90-1).

   107 -  1   07/22/05   PLF 1 opposition to DEF 7 motion for Rule 11 sanctions (94-1) w/att
                         exhs. (located in expando folder).

   108 -  1   07/25/05   RRB Minute Order O/A re: the mot for sj (dkt 89) and motion to compel
                         (90) is set for 8/18/05 at 8:30 a.m. in Courtroom #2.  Parties may
                         participate telephonically.  cc: cnsl

   109 -  1   07/27/05   PLF 1 Request for Oral Argument re:plf's oppo to DEF 7 motion for Rule
                         11 sanctions (94-1).

   110 -  1   07/27/05   DEF 7 Unopposed motion for extension of time until 8/3/05 to file reply
                         to  file reply to travelers' opposition to Peterson Sullivan's mot for
                         sanctions.

   110 -  2   07/28/05   Order granting Unopposed motion for extension of time until 8/3/05 to
                         file reply to travelers' opposition Peterson Sullivan's mot for
                         sanctions (110-1).  cc: cnsl

   111 -  1   08/02/05   DEF 7 Unopposed motion to combine hearings for oral arguments on pending
                         motions.

   112 -  1   08/03/05   DEF 7 reply to opposition to DEF 7 motion for Rule 11 sanctions (94-1)
                         w/att exhs.

   111 -  2   08/08/05   RRB Order granting unoppo mot to combine hrgs for o/a on pending mots
                         (111-1); o/a on def's mot for Rule 11 sanctions to be included w/o/a on
                         def's mot for sj & mot to compel set 8/18/05 @ 8:30 a.m.; addtl time may
                         be permitted if necessary. cc: cnsl

   113 -  1   08/10/05   PLF 1 motion to compel discovery from def Finney w/att memo & aff.

   114 -  1   08/12/05   RRB Minute Order re O/A set for 8/18/05 is VACATED. cc: cnsl

   115 -  1   08/12/05   RRB Order denying w/o prejudice motion for Rule 11 sanctions w/att exhs
                         (94-1); granting motion to compel (90-1); pltf has until 9/16/05 to supp
                         its interrogatory answers; def is awarded $250 to partially compensate
                         it for making its motion to compel. cc: cnsl

   116 -  1   08/12/05   RRB Order denying motion for summary judgment (89-1). cc: cnsl

   117 -  1   08/12/05   RRB Order granting motion (request) for cnsl H. Clay Keene to file w/the
                         crt and provide serve by facsmile transmission (100-1); cnsl shall file
                         the original pleading & proof of flg & svc. cc: cnsl

   118 -  1   08/12/05   DEF 7 motion for summary judgment to dismiss complaint on statute of
                         limitations w/att exhs.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                       "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 119 - 1 | 08/15/05 | DEF 4; 3PP 1 Complaint (Third-party) against South Coast, Inc. |
| 120 - 1 | 08/25/05 | DEF 2 joinder to DEF 7 motion for summary judgment to dismiss complaint on statute of limitations (118-1) w/att declaration. |
| 121 - 1 | 08/25/05 | 3PP 1 motion for summary judgment on the statute of limitations w/att memo & exhs. |
| 122 - 1 | 08/26/05 | DEF 3 Unopposed motion for ext of time to resp to mot to compoel discovery. |
| NOTE - 1 | 08/29/05 | Notation: DOCKET #123 NOT USED. |
| 122 - 2 | 08/29/05 | Order granting Unopposed motion for ext of time to resp to mot to compoel discovery (122-1; resp now due 9/12/05.  cc: cnsl |
| 124 - 1 | 08/29/05 | DOC #124 NOT USED. |
| 125 - 1 | 08/29/05 | PLF 1 Unopposed motion for ext of time to file oppo to Sullivan's mot for SJ. |
| 125 - 2 | 08/31/05 | RRB Order granting unopposed motion for ext of time to 9/7/05 to file oppo to Sullivan's mot for SJ (125-1). cc: cnsl |
| 126 - 1 | 08/31/05 | PLF 1; DEF 2-5; 7 Stipulation for 2 month continuance of discovery cutoff. |
| 126 - 2 | 09/02/05 | RRB Order granting stipulation for 2 month continuance of discovery cutoff (126-1) & setting the following dates: Discovery to close 02/15/06; Dispositive motions deadline 03/16/06. cc: cnsl |
| 127 - 1 | 09/06/05 | DEF 5 joinder to DEF 7 motion for summary judgment to dismiss complaint on statute of limitations (118-1), 3PP 1 motion for summary judgment on the statute of limitations (121-1). |
| 128 - 1 | 09/07/05 | PLF 1 opposition to DEF 7 motion for summary judgment to dismiss complaint on statute of limitations (118-1) w/att exhs. |
| 129 - 1 | 09/09/05 | PLF 1 Unopposed motion for extension of time until 9/21/05 to file opposition to Jerald Renich's motion for sj. |
| 130 - 1 | 09/09/05 | PLF 1 Unopposed motion for extension of time until 9/21/05 to file opposition to Jan Paulson's motion for sj. |
| 129 - 2 | 09/12/05 | Order granting Unopposed motion for extension of time until 9/21/05 to file opposition to Herald Renich's motion for sj (129-1).  cc: cnsl |
| 130 - 2 | 09/12/05 | Order granting unopposed motion for extension of time until 9/21/05 to file opposition to Han Paulson's motion for sj (130-1).  cc: cnsl |
| 131 - 1 | 09/13/05 | DEF 7 reply to opposition to DEF 7 motion for summary judgment to dismiss complaint on statute of limitations (118-1). |
| 132 - 1 | 09/14/05 | RRB Minute Order granting motion to compel discovery from def Finney (113-1).  Def shall have until the COB 9/28/05 to respond to plf's discovery request.  cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
                        "TRAVELERS CASUALTY V RONALD GELBRICH ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 133 - 1 | 09/20/05 | PLF 1 Request for Oral Argument re: DEF 7 motion for summary judgment to dismiss complaint on statute of limitations (118-1). |
| 134 - 1 | 09/22/05 | PLF 1 Unopposed motion for extension of time until 10/7/05 to file oppositions to motions for summary judgment. |
| 134 - 2 | 09/23/05 | RRB Order granting unopposed motion for extension of time until 10/7/05 to file oppositions to motions for summary judgment (134-1).  cc: cnsl |
| 135 - 1 | 09/27/05 | RRB Order granting motion for summary judgment to dismiss complaint on statute of limitations (118-1). This matter is dismissed with prejudice as to defendant Peter Sullivan, P.L.L.C.  cc: cnsl |
| 136 - 1 | 09/28/05 | RRB Judgment that the plaintiff take nothing, that this matter is Dismissed with prejudice as to defendant Peterson Sullivan P.L.L.C., and that the defendant Peterson Sullivan P.L..C. recover of the plaintiff their costs of action.  cc: cnsl, O&J 11882 (redistributed w/costs 10/17/05) |
| 137 - 1 | 10/06/05 | DEF 7 Bill of Costs w/att exhs. |
| 138 - 1 | 10/06/05 | DEF 7 Notice of cost bill hrg set for 10/14/05. |
| 139 - 1 | 10/06/05 | DEF 7 motion for full attorneys fees w/att exhs & aff. |
| 140 - 1 | 10/12/05 | PLF 1 Stipulation for judgment in favor of plaintiff against Michael Houts. |
| 141 - 1 | 10/12/05 | PLF 1 Stipulation for judgment in favor of plaintiff against Brad Finney. |
| 142 - 1 | 10/12/05 | PLF 1 Stipulation for judgment in favor of plaintiff against Jan Paulson w/att exh |
| 143 - 1 | 10/12/05 | PLF 1 Stipulation for judgment in favor of plaintiff against Jerald Renich w/att exh. |
| 144 - 1 | 10/13/05 | RRB Judgment is awarded in favor of plf againt Michael Houts in the sum of $1,000.000, with interest and plf's costs and disbursements incurred. cc: cnsl, O&J 11890  (redistributed w/cost 11/10/05) |
| 145 - 1 | 10/13/05 | RRB Judgment is awarded in favor of plf against def Brad Finney in the sum of $1,000,000, with interest and plf's costs and disbursements incurred.  cc: cnsl, O&J 11891, (redistributed w/cost 11/10/05) |
| 146 - 1 | 10/13/05 | RRB Judgment is awarded in favor of plaintiff against Jan Paulson in the amount of $1,000,000 w/interest and plf cost & disbursements incurred. cc: cnsl, O&J 11892 (redistributed w/cost 11/10/05) |
| 147 - 1 | 10/13/05 | RRB Judgment is awarded in favor of plaintiff against Jerald Renich in the amount of $1,000,000, w/int and plf's costs and disbursements incurred.  cc: cnsl, O&J 11893,(redistributed w/cost 11/10/05) |
| 148 - 1 | 10/13/05 | RRB Minute Order 3PP is directed to take action as to failure to serve 3DF.  3PP to follow Rule 4(m).  cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0165--CV (RRB)
"TRAVELERS CASUALTY V RONALD GELBRICH ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 149 - 1 | 10/13/05 | PLF 1 Objections to Peterson Sullivan's Bill of Costs. |
| 150 - 1 | 10/17/05 | Clerk's Notice of taxation of def's cost bill. The total costs taxed in favor of the def P.Sullican, P.L.L.C. and against the plf is $ 9,435.32. cc: cnsl |
| 151 - 1 | 10/21/05 | PLF 1 Bill of Costs against DEF 2 w/att exhs. |
| 152 - 1 | 10/21/05 | PLF 1 Bill of Costs against DEF 3 w/att exhs. |
| 153 - 1 | 10/21/05 | PLF 1 Bill of Costs against DEF 4 w/att exhs. |
| 154 - 1 | 10/21/05 | PLF 1 Bill of Costs against DEF 5 w/att exhs. |
| 155 - 1 | 10/24/05 | PLF 1 motion for award of attorney fees against defendant Jan Paulson w/att aff. |
| 156 - 1 | 10/24/05 | PLF 1 motion for award of attorney fees against defendant Jerald Renich w/att affidavit. |
| 157 - 1 | 10/24/05 | PLF 1 motion for award of attorney fees against defendant Brad Finney w/att affidavit. |
| 158 - 1 | 10/24/05 | PLF 1 motion for award of attorney fees against defendant Michael Hout w/att affidavit. |
| 159 - 1 | 10/24/05 | PLF 1 opposition to DEF 7 motion for full attorneys fees (139-1). |
| 160 - 1 | 10/28/05 | DEF 7 reply to opposition to DEF 7 motion for full attorneys fees (139-1). |
| 161 - 1 | 10/31/05 | PLF 1 Notice of hrg on cost bills set for 11/4/05 at 9am. |
| 162 - 1 | 11/01/05 | Clerk's Notice that the Cost Bill Hearing previously set for 11/4/05 at 9 am has been reset for 11/9/05 at 9 am. cc: cnsl, W. Wuestenfeld, T. McKeever |
| 163 - 1 | 11/10/05 | Clerk's Notice of taxation of plf's cost bills. Total costs taxed for the plf and against defs: Michael Houts, Brad Finney, Jan Paulson, and Jerald Renich in the amt of $14,825.41. cc: cnsl |
| 164 - 1 | 11/23/05 | RRB Order granting motion for award of attorney fees in the sum of $44,500.00 against defendant Jan Paulson (155-1). cc: cnsl |
| 165 - 1 | 11/23/05 | RRB Order granting motion for award of attorney fees in the sum of 44,500.00 against defendant Jerald Renich (156-1). cc: cnsl |
| 166 - 1 | 11/23/05 | RRB Order granting motion for award of attorney fees in the sum of 44,500.00 against defendant Brad Finney (157-1). cc: cnsl |
| 167 - 1 | 11/23/05 | RRB Order granting motion for award of attorney fees in the sum of $44,500.00 against defendant Michael Hout (158-1). cc: cnsl |