FILED

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____Deput

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RONALD GELBRICH; JERALD RENICH; BRAD FINNEY; JAN PAULSON; MICHAEL HOUTS; EDWIN JOHNSON; and PETERSON SULLIVAN, P.L.L.C., a Washington limited liability company,<br><br>　　　　Defendant. | Case No. A04-0165 CV (RRB)<br><br><br><br>**ORDER REGARDING ATTORNEY FEES** |

　　　　Before the Court is a dispute concerning the proper amount of attorney fees to be awarded in this matter. The Court has considered the briefing of the parties and studied the legal and factual issues raised therein. The Court does not conclude that the litigation was vexatious or filed in bad faith. Clearly, however, Defendants were the prevailing parties and faced significant exposure in what was a rather complex matter.

Defendants also filed an Offer of Judgment pursuant to Alaska Civil Rule 68.

The Court has also reviewed Alaska Civil Rule 82 and the factors to consider in determining the appropriate percent of actual attorney fees to award a prevailing party who does not receive an affirmative judgment. Based thereon, the Court concludes that 60% of actual fees is appropriate. Defendants shall submit a proposed order based hereon.

**IT IS SO ORDERED.**

ENTERED this 2 day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PD 12-6-05

A04-0165--CV (RRB)

J. WAGNER
T. LARKIN
H. KEENE
R. BROWN (DILLON)
W. EARNHART (LANE)