FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 3: 23

William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Attorneys for Defendant, Peterson Sullivan, P.L.L.C.
a Washington limited liability company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, a Connecticut
corporation,

　　　　　　　　　　　　Plaintiff,

v.

RONALD GELBRICH; JERALD RENICH;
BRAD FINNEY; JAN PAULSON; MICHAEL
HOUTS; EDWIN JOHNSON; and PETERSON
SULLIVAN, P.L.L.C., a Washington limited
liability company,

　　　　　　　　　　　　Defendants.

Case No. A04-0165 CV (RRB)

**SATISFACTION OF JUDGMENTS**

WHEREAS, on October 17, 2005, a judgment was entered on behalf of defendant, Peterson Sullivan, P.L.L.C. against plaintiff, Travelers Casualty and Surety Company of America, for costs in the amount of Nine Thousand, Four Hundred Thirty Five and 32/100 Dollars ($9,435.32) (Docket No. 136); and

WHEREAS, on December 14, 2005, a judgment was entered on behalf of defendant, Peterson Sullivan, P.L.L.C. against plaintiff, Travelers Casualty and Surety Company of America, for attorneys fees in the amount of Eighty Two Thousand, Three Hundred Thirty Nine and 50/100 Dollars ($82,339.50) (Docket No. 136); and

WHEREAS, said sums have been fully paid to defendant, Peterson Sullivan, P.L.L.C.

NOW, THEREFORE, satisfaction of said judgments is hereby acknowledged, and the Clerk of the Court is hereby directed to cancel and discharge the same.

DATED this 29 day of December, 2005.

LANE POWELL LLC
Attorneys for Defendant, Peterson Sullivan, P.L.L.C., a Washington limited liability company

By _____
William A. Earnhart, ASBA 9411099

I certify that on December 29, 2005, a copy of the foregoing was served by mail on:

Thomas A. Larkin, Esq.
Jan D. Sokol, Esq.
Stewart Sokol & Gray LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(Attorneys for Plaintiff)

A. Richard Dykstra, Esq.
James P. Wagner, Esq.
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle, WA 98101-1374
(Attorneys for Jerald Renich)

Henry Clay Keene, Esq.
Keene & Currall
540 Water Street, Suite 302
Ketchikan, AK 99901
(Attorneys for Jan Paulson)

Timothy A. McKeever, Esq.
Holmes, Weddell & Barcott
701 W. 8th Ave., Suite 700
Anchorage, AK 99510
(Attorneys for Michael J. Houts)

William M. Wuestenfeld, Esq.
Sandberg, Wuestenfeld & Corey
701 W. 8th Ave., Ste 1100
Anchorage, AK 99501-3467
(Attorneys for Brad Finney)

_Jean Pree_
019514.0077/152781.1