UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY & SURETY CO OF AMERICA   v.   GELBRICH et al

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                                CASE NO.   3:04-CV-00165-RRB

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 23, 2006

      Plaintiff is requested to file a with the court a Status Report, as to what remains pending in this case by June 15, 2006.

[]{IA.WPD*Rev.12/96}