Thomas A. Larkin, ASB #0009055
Jan D. Sokol, *Pro Hac Vice*
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:    (503) 221-0699
Fax:          (503) 227-5028
Email:        tlarkin@lawssg.com
              jdsokol@lawssg.com
   Of Attorneys for Plaintiff  Travelers Casualty and
   Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, ) ) ) ) | |
| Plaintiff,                                          ) ) | Case No. A04-0165CV (RRB) |
| v.                                                  ) ) | |
| RONALD GELBRICH; JERALD RENICH; BRAD FINNEY; JAN PAULSON; MICHAEL HOUTS; EDWIN JOHNSON; and PETERSON SULLIVAN, P.L.L.C., a Washington limited liability company, ) ) ) ) ) ) | |
| Defendants.                                        ) ) | |

## **STATUS REPORT**

Plaintiff Travelers Casualty and Surety Company of America respectfully submits

this status report pursuant to the Court's Order dated May 23, 2006.  With the recent

///

///

STATUS REPORT - Page 1 of 2
Travelers Casualty and Surety Company of America v. Gelbrich, et al., Case No. A04-0165CV (RRB)

dismissal of the third-party complaint, there are no claims pending. All claims in this matter have been resolved by Order or Judgment of the Court.

Respectfully submitted this 24th day of May, 2006.

STEWART SOKOL & GRAY LLC

 /s/ Thomas A. Larkin
Thomas A. Larkin, ASB # 0009055
Jan D. Sokol, *Pro Hac Vice*
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
E-mail: tlarkin@lawssg.com
jdsokol@lawssg.com
Of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2006, I caused a true and correct copy of the foregoing to be mailed first class mail, postage prepaid to the following:

James P. Wagner
Stafford Frey Cooper
3100 Two Union Square
601 Union Street
Seattle, WA 98101-1374
    Attorneys for Defendant Jerald Renich

William M. Wuestenfeld
Sandberg Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
    Attorneys for Defendant Brad Finney

H. Clay Keene
Keene & Currall, PC
540 Water Street, Suite 302
Ketchikan, AK 99901
    Attorneys for Defendant Jan Paulson

Timothy A. McKeever
Holmes Weddle & Barcott, PC
999 3rd Avenue, Suite 2600
Seattle, WA 98104-4011
    Attorneys for Defendant Michael Houts

William A. Earnhart
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
    Attorneys for Defendant
    Peterson Sullivan, P.L.L.C.

 /s/ Thomas A. Larkin
Thomas A. Larkin

W:\Work\Clients T-V\Travelers-South Coast\D & O Claims\TAL\Status Report.wpd

STATUS REPORT - Page 2 of 2
Travelers Casualty and Surety Company of America v. Gelbrich, et al., Case No. A04-0165CV (RRB)